# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TRYKO HOLDINGS, LLC, On behalf of itself and all others similarly situated, | : : : : | 19cv906 Hon. John E. Jones III |
| Plaintiff, | : : | |
| v. | : : | |
| CITY OF HARRISBURG and MAYOR ERIC PAPENFUSE, | : : : | |
| Defendants. | : | |

## ORDER

### December 16, 2019

Presently before the Court is Defendant's Motion to Dismiss Plaintiff's Complaint. (Doc. 8). In conformity with the Memorandum issued on today's date,

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss, (Doc. 6), is **GRANTED**.

2. The Clerk of the Court **SHALL CLOSE** the file on this case.

/s/ John E. Jones III
John E. Jones III
United States District Judge